UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Michael Tracy,<br><br>       Plaintiff,<br><br>v.<br><br>Convergent Outsourcing, Inc,<br>       Defendants. | No. 2:14-cv-00713-JCC<br><br>Voluntary Dismissal Pursuant to FRCP 41<br>(Proposed Order) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(l)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1 )(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s)

Michael Tracy by and through his counsel(s), hereby give notice that the parties have reached a

settlement agreement in the above-captioned action. As such, the above-captioned action is

voluntarily dismissed with prejudice against the defendant(s) Convergent Outsourcing, Inc.


Dated: September 9, 2014

Presented By: */s Joshua Dabling, Esq.*
Joshua Dabling, Esq.
Attorney for Plaintiff
Fredrick Schulman & Associates
30 East 29TH Street
New York, New York 10016
Telephone (212)796-6053

Voluntary Dismissal       1

FREDRICK  SCHULMAN &
ASSOCIATES
Attorneys at Law
Attorney for Plaintiff
30 East 29TH Street
New York, New York 10016
(212) 796-6053

Fax (212) 951-7379
Email: info@fschulmanlaw.com

SO-ORDERED:
Dated This ____ day of Septmber, 2014

_____
The Honorable John C Coughenour, U.S.D.J.
United States District Judge

Voluntary Dismissal                2                FREDRICK    SCHULMAN    &
                                                    ASSOCIATES
                                                    Attorneys at Law
                                                    Attorney for Plaintiff
                                                    30 East 29TH Street
                                                    New York, New York 10016
                                                    (212) 796-6053